**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-40353
Summary Calendar

_____

OLEN HYDEN,

Plaintiff-Appellant,

VERSUS

GENERAL DYNAMICS CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(B-94-CV-227)

_____

January 7, 1998

O R D E R

Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

BY THE COURT:

The opinion in this case originally filed on December 11, 1997 is withdrawn and the attached opinion is substituted in its place.

Appellant challenges the district court's grant of summary judgment in favor of Appellee in this age discrimination action brought under the ADEA, 29 U.S.C. §§ 621 _et seq_. After reviewing the record, we agree with the district court that Appellant failed to produce summary judgment evidence that created a genuine issue of material fact supporting Appellant's claim that he was terminated because of his age. We therefore AFFIRM the district court's judgment.

AFFIRMED.